**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Thomas B. Gorrill, Esq. [#102979]
Law Office of Thomas Gorrill
9984 Scripps Ranch Blvd, #335
San Diego, CA 92131
Tel: 619-237-8889
eFax: 619-330-2125
email: tom@gorillalaw.com

Order Entered on
February 6, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

JOHN MICHAEL SCHAEFER,

Debtor.

BANKRUPTCY NO. 23-00208-CL13    (jro)

Date of Hearing: Jamuary 24, 2024
Time of Hearing: 1:30 p.m.
Name of Judge: Hon. Christopher B. Latham

# ORDER ON

## OBJECTION TO PLAN CONFIRMATION AND DISMISSAL OF CASE

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __36__.

//
//
//
//
//
//
//

DATED: February 6, 2024

*Christopher B. Latham*
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18](Page 2)
ORDER ON OBJECTION TO PLAN CONFIRMATION AND DISMISSAL OF CASE
DEBTOR: JOHN MICHAEL SCHAEFER,                                                                    CASE NO: 23-00208-CL13                  (jro)

---

The objection to confirmation of the Debtor's plan, filed by creditor Bellfort Chateau, L.P., came on for continued hearing on January 24, 2024, before the honorable Christopher B. Latham, United States Bankruptcy Judge presiding. The appearances of Chapter 13 Trustee and counsel for the Debtor and the Creditor were duly noted for the record.

After considering the arguments of counsel and the Trustee, and good cause otherwise appearing, the Court made the following findings and orders:

The Court finds for the reasons stated on the record, the Debtor's disobedience of the Court's order of December 13, 2023 [ECF 45], and the resulting unreasonable delay in plan confirmation both warrant dismissal of the case.

IT IS THEREFORE ORDERED THAT Bellfort Chateau's objection to confirmation of the Debtor's plan be and hereby is SUSTAINED without leave to file an amended plan pursuant to Bankruptcy Code section 1307 (c)( 5).

IT IS FURTHER ORDERED that inasmuch as neither Bellfort Chateau or the Debtor are requesting conversion to Chapter 7, this case is hereby DISMISSED.

IT IS FURTHER ORDERED that the related adversary proceeding brought by Bellfort Chateau, Case No. 23-90070-CL, shall be dismissed in due course unless either party, individually or jointly, timely files a motion pursuant to Local Rule 7041.2 for the court to retain jurisdiction and continue the adversary proceeding.  The Court has made no findings, conclusions, or holdings as to the dischargeability of the underlying debt in the adversary proceeding.

Approved as to form:

/s/ Nima Ghazvini
_____
Chapter 13 Trustee
NIMA GHAZVINI


/s/ Vkrant Chaudhry
_____
Debtor's Counsel
Vikrant Chaudhry

CSD 1001A

Signed by Judge Christopher B. Latham February 6, 2024