```
THOMAS B. GORRILL, ESQ. [SBN 102979]
Law Office of Thomas B. Gorrill
9984 Scripps Ranch Blvd, #335
San Diego, CA 92131
Phone:  (619) 237-8889
eFax:    (619) 330-2125
E-mail: tom@gorillalaw.com
```

Attorney for Bellfort Chateau, LP

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | BK CASE NO. 23-00208-CL13 |
| JOHN MICHAEL SCHAEFER, | Chapter 7 |
| Debtor(s) | ADV PRO NO. 23-90070-CL |
| BELLFORT CHATEAU, LP, | STIPULATION TO RETAIN ADVERSARY PROCEEDING TO DETERMINE DISCHARGEABILITY OF DEBT |
| Plaintiff | |
| v. | |
| JOHN MICHAEL SCHAEFER, | |
| Defendant. | |

The Plaintiff, Bellfort Chateau, LP, ("Bellfort"), and the Defendant, John Michael Schaefer ("Schaefer"), hereby stipulate and agree as follows in accordance with the following facts and recitals:

### RECITALS

A. On January 30, 2023, Schaefer filed a petition for debt relief pursuant to Chapter 13 of the Bankruptcy Code [11 U.S.C. § 101, *et seq.*].  Bellfort was scheduled as a creditor in Schaefer's bankruptcy papers.

////

[Sitp to Retain Adv Pro Cap-Schaefer.wpd]                                                                                                                    Page 1

B. Bellfort commenced a related adversary by filing a complaint in the above-entitled Court on October 17, 2023, to determine the dischargeability of its claims against Schaefer. The complaint and summons were served upon Schaefer, and he filed an answer to the complaint.

C. Thereafter on February 6, 2024, the Court entered an order dismissing the underlying Chapter 13 proceeding based upon objections to Schaefer's Chapter 13 plan and a failure to confirm a plan in the Chapter 13 proceeding.

D. A provision in the order dismissing the Chapter 13 case states the following as to the adversary proceeding:

"IT IS FURTHER ORDERED that the related adversary proceeding brought by Bellfort Chateau, Case No. 23-90070-CL, shall be dismissed in due course unless either party, individually or jointly, timely files a motion pursuant to Local Rule 7041.2 for the court to retain jurisdiction and continue the adversary proceeding. The Court has made no findings, conclusions, or holdings as to the dischargeability of the underlying debt in the adversary proceeding."

E. The Court's Local Rule 7041.2 (a) provides:

"(a) Except as provided in the following subsection, whenever a bankruptcy case is dismissed, any pending related adversary proceeding which a final judgment has not been entered will be closed unless a party files a motion seeking continuation of the adversary proceeding within 21 days of case dismissal."

**NOW, THEREFORE, IT IS STIPULATED** by the Parties as follows:

1. The foregoing Recitals are hereby incorporated into this agreement as if set forth herein verbatim.

2. The Parties jointly agree that as a matter of efficiency and judicial economy, the Court should retain jurisdiction and adjudicate the related adversary complaint filed by Bellfort in this proceeding. Further, the Parties desire that this Stipulation be deemed and treated by the Court the same as a motion under Local Rule 7041.2 (a) asking the court to continue the adversary proceeding.

3. Both Parties acknowledge they each have conferred with their counsel and understand the terms and legal consequences of this Stipulation and voluntarily enter into this agreement.

**SO STIPULATED**

Dated: 2/14/2024

*[signature]*
THOMAS B. GORRILL, ESQ.
Counsel for Bellfort-Chateau, LP

Dated: 2/14/2024

*Michael Cummins*
BELLFORT CHATEAU, LP
By: Michael Cummins

Dated:

Signature on following page
VIKRANT CHAUDHRY, ESQ.
Counsel for John Michael Schaefer

Dated:

Signature on following page
JOHN MICHAEL SCHAEFER

3. Both Parties acknowledge they each have conferred with their counsel and understand the terms and legal consequences of this Stipulation and voluntarily enter into this agreement.

**SO STIPULATED**

Dated:

_____
THOMAS B. GORRILL, ESQ.
Counsel for Bellfort-Chateau, LP

Dated:

*Michael Cummins*
_____
BELLFORT CHATEAU, LP
By: Michael Cummins

Dated: 02/15/2024

_____
VIKRANT CHAUDHRY, ESQ.
Counsel for John Michael Schaefer

Dated: 2/15/2024

_____
JOHN MICHAEL SCHAEFER

[Stip to Retain Adv Pro Cap-Schaefer.wpd]

Page 3