UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
# MINUTE ORDER

### Hearing Information:

ADV: 23-90070-CL
Bellfort Chateau, Limited Partnership vs John Michael Schaefer

| | |
|---:|:---|
| **Debtor:** | John Michael Schaefer |
| **Case Number:** | 23-00208-CL13    **Chapter:** 13 |
| **Date / Time / Room:** | 03/18/2024 10:00 AM, Department 5 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** | Denise Hardaway |

### Matters:

PRE-TRIAL STATUS CONFERENCE (fr. 1/8/24)

### Appearances:

Thomas B. Gorrill, Attorney for Bellfort Chateau, Limited Partnership
Vikrant Chaudhry, Attorney for John Michael Schaefer (*telephonic*)

### Disposition:

Matter continued to 06/05/2024 at 2:00 p.m. in Dept 5 to be heard alongside the summary judgment motion that Plaintiff is planning to file.

Court directs Plaintiff to file the summary judgment motion no later than 03/20/2024.

Court sets a special briefing schedule, which will be noted in the notice of motion:
  1) Any opposition to be filed by 05/15/2024.
  2) Any reply to be filed by 05/29/2024.

Court now also vacates all other pre-trial dates. If the case survives summary judgment, a new pre-trial date will be set at the continued hearing.